Motion by New York Committee for Occupational Safety and Health for leave to appear amicus curiae on the motions for reargument herein granted and the affirmation is accepted as filed [*see* 20 NY3d 1035 (2013)].

Judges RIVERA and ABDUS-SALAAM taking no part.

MARIA AUQUI, as Guardian of the Property of JOSE VERDUGO, et al., Respondents, v SEVEN THIRTY ONE LIMITED PARTNERSHIP et al., Appellants.

Submitted March 25, 2013; decided June 27, 2013

Motion by Injured Workers Bar Association for leave to file a brief amicus curiae on the motions for reargument herein granted and the brief is accepted as filed [*see* 20 NY3d 1035 (2013)].

Judges RIVERA and ABDUS-SALAAM taking no part.

MARIA AUQUI, as Guardian of the Property of JOSE VERDUGO, et al., Respondents, v SEVEN THIRTY ONE LIMITED PARTNERSHIP et al., Appellants.

Submitted March 25, 2013; decided June 27, 2013

Motion by New York State AFL-CIO et al. for leave to file a brief amici curiae on the motions for reargument herein granted and the brief is accepted as filed [*see* 20 NY3d 1035 (2013)].

Judges RIVERA and ABDUS-SALAAM taking no part.

MARIA AUQUI, as Guardian of the Property of JOSE VERDUGO, et al., Respondents, v SEVEN THIRTY ONE LIMITED PARTNERSHIP et al., Appellants.

Submitted April 1, 2013; decided June 27, 2013

Motion by New York State Bar Association for leave to file a brief amicus curiae on the motions for reargument herein

granted and the brief is accepted as filed [*see* 20 NY3d 1035 (2013)].

Judges RIVERA and ABDUS-SALAAM taking no part.

MARIA AUQUI, as Guardian of the Property of JOSE VERDUGO, et al., Respondents, v SEVEN THIRTY ONE LIMITED PARTNER-SHIP et al., Appellants.
Submitted April 1, 2013; decided June 27, 2013

Motion by Workers Injury Law & Advocacy Group for leave to file a brief amicus curiae on the motions for reargument herein granted and the brief is accepted as filed [*see* 20 NY3d 1035 (2013)].

Judges RIVERA and ABDUS-SALAAM taking no part.

MARIA AUQUI, as Guardian of the Property of JOSE VERDUGO, et al., Respondents, v SEVEN THIRTY ONE LIMITED PARTNER-SHIP et al., Appellants.
Submitted April 1, 2013; decided June 27, 2013

Motion by The Center for Popular Democracy for leave to appear amicus curiae on the motions for reargument herein granted and the affirmation and brief are accepted as filed [*see* 20 NY3d 1035 (2013)].

Judges RIVERA and ABDUS-SALAAM taking no part.

MARIA AUQUI, as Guardian of the Property of JOSE VERDUGO, et al., Respondents, v SEVEN THIRTY ONE LIMITED PARTNER-SHIP et al., Appellants.
Submitted April 1, 2013; decided June 27, 2013

Motion by New York State Trial Lawyers Association for leave to appear amicus curiae on the motions for reargument herein